IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TOMMY W. STEELE, )  | |
|     Plaintiff, ) | |
| v. ) | No. 3:16-CV-360-K |
| ) | |
| ABE PARTINGTON AND THE ) | |
| WAXAHACHIE POLICE DEPT., ) | |
|     Defendants. ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED.**

Signed June 7th, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE