# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| TOMMY W. STEELE, )<br>    Plaintiff, )<br>v. )<br>)<br>ABE PARTINGTON AND THE )<br>WAXAHACHIE POLICE DEPT., )<br>    Defendants. ) | No. 3:16-CV-360-K-BF |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

(1) The Clerk's Office is directed to reopen this case;

(2) Plaintiff's claims against Defendant Abe Partington shall proceed and process shall be issued as to this Defendant at the Waxahachie Police Department;

(3) The Clerk of Court shall prepare copies of the complaint, Magistrate Judge's Questionnaires, and other pleadings and deliver them with the summons to the United States Marshal Service.

(4) The United States Marshal Service shall serve summons on Defendant Abe Partington within thirty days from the date of this order pursuant to Fed. R. Civ. P. 4(c).

(5) Plaintiff's claims against the Waxahachie Police Department are dismissed;

(6) The Clerk shall transmit a true copy of this Order to Plaintiff;

(7) A copy of this order shall be mailed to the Ellis County District Attorney's Office;

(8) The Clerk of the Court shall return this case to the magistrate judge for further proceedings.

**SO ORDERED**

Signed December 14th, 2017.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE